```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     SOUTHERN DIVISION
```

UNITED STATES OF AMERICA                                RESPONDENT

VERSUS                                  CIVIL ACTION NO. 1:04cv782-DCB
                                          CRIMINAL NO. 1:02cr74-DCB

JULIUS TAYLOR                                            PETITIONER

## FINAL JUDGMENT

This matter came before the Court on the petitioner's motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 [**docket entry 1** in civil action 1:04cv782, and **docket entry 22** in criminal action 1:02cr74], and the Court denied the motion in a Memorandum Opinion and Order. Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 9th day of December, 2005.

                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE